# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVIVSION

YOOSUF MOMENT                                                PLAINTIFF

v.                      No. 4:19-cv-733-DPM

DOE                                                          DEFENDANT

## ORDER

Moment filed this *pro se* § 1983 lawsuit about conditions in the Dubuque County Jail. Venue is proper in the Northern District of Iowa; and the interests of justice would best be served by transferring this case there. 28 U.S.C. § 1391(b)(1)–(2); 28 U.S.C. § 1406(a). This case is therefore transferred to the United States District Court for the Northern District of Iowa, Eastern Division. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *Cf. In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 October 2019